UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALGI CRAWFORD, XAVIER HARRISON, and KEVEEN GORIS *on behalf of themselves and others similarly situated*,

                    Plaintiffs,

-against-

LEEDING BUILDERS GROUP, LLC, and AECOM,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2023_

23 Civ. 7290 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 22, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 15, 2023.  ECF No. 6.  Those submissions are now overdue.

    Accordingly, by **January 12, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 18, 2023
       New York, New York

                                      ANALISA TORRES
                                United States District Judge