

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

January 23, 2024

<u>**VIA ECF**</u>

Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Crawford, et al. v. Leeding Builders Group, LLC
       Civ. No. 1:23-cv-07290 (S.D.N.Y.)

Dear Judge Torres:

      We represent the Defendants in the above-referenced matter. We write, pursuant to Section I(C) of the Court's Individual Rules, to respectfully request an adjournment of Defendants' responsive pleading deadline until February 9, 2024. Defendants also request, on behalf of themselves and Plaintiffs, an adjournment of the parties' deadline to submit a joint letter and proposed case management plan until February 9, 2024. (ECF No. 25.)

      The current deadline for both Defendants' responsive pleading and the parties' proposed case management plan is January 26, 2024.

      These extensions are requested because the parties are still in the process of conferring over whether to dismiss this action without prejudice and proceed to arbitration based on the named-plaintiffs executing arbitration agreements during the course of their employment. Additionally, a significant portion of the putative collective/class is also covered by arbitration agreements, including recent opt-in Coppedge. (ECF No. 22.) Therefore, the parties are conferring about the scope of arbitration to obviate the need for motion practice.

      This is the fifth request for an extension of Defendants' responsive pleading deadline; the Court granted the prior requests. (*See* ECF Nos. 9, 10, 15, 18.) This is the parties' second request for an extension of their deadline to submit a proposed case management plan. Plaintiffs consent to this request. The parties do not anticipate any further extension requests.

      We thank the Court for its time and attention to this matter.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Howard Wexler*

Howard Wexler

cc:   All counsel of record (via ECF)