UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ALGI CRAWFORD, XAVIER HARRISON,
and KEVEEN GORIS on behalf of
themselves and all others similarly situated,

              Plaintiffs,

  -against-

LEEDING BUILDERS GROUP, LLC and
AECOM,

             Defendant.
------------------------------------------------------- X

Civil Action No. 1:23-cv-07290-AT

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the above-captioned action, without prejudice to their rights to arbitrate their claims on an individual basis.

DATED:  February 5, 2024

                                                Respectfully submitted,

                                                LAW OFFICE OF MOHAMMED GANGAT

                                                By:  */s/*  _____
                                                     Mohammed Gangat
                                                     675 Third Avenue, Suite 1810
                                                     New York, NY 10017
                                                     (718) 669-0714

                                                *Attorneys for Plaintiffs*