**Law Office of Mohammed Gangat**  675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

February 7, 2024

Via ECF

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

        Re:   *Crawford et al. v. Leeding Builders Group, LLC*,
             No. 1:23-cv-07290-AT (S.D.N.Y.)

To the Hon Torres:

    I represent plaintiffs Algi Crawford, Xavier Harrison, Keveen Goris and Damion Coppedge ("Plaintiffs") and write concerning the Notice of Voluntary Dismissal without prejudice that we filed on February 5, 2024. Plaintiffs filed the notice because they are pursuing their claims in arbitration. Concurrent with the filing of the Notice of Voluntary Dismissal, Plaintiffs served counsel for the defendants with Notice of Arbitration Demand. In the circumstances, the dismissal is proper. Plaintiffs are available to answer any questions or concerns the Court has about this matter. As always I thank the Court for its time and consideration.

                                        Respectfully Submitted,

                                        /s/ *Mohammed Gangat*
                                        Mohammed Gangat, Esq.