**Law Office of Mohammed Gangat**　　675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　　April 15, 2024
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

　　　　　　　　**RE:**　　***Crawford et al. v. Leeding Builders Group, LLC,***
　　　　　　　　　　　***No. 1:23-cv-07290-AT (S.D.N.Y.)***

To The Honorable Judge Torres:

　　I represent plaintiffs Algi Crawford, Xavier Harrison, Keveen Goris, and Damion Coppedge in this action ("Plaintiffs"). I write pursuant to Your Honor's Order dated February 8, 2024, requiring that the parties submit a status report by today concerning the status of the arbitration and adjudication of their claims.

　　The parties have negotiated a settlement to resolve their claims and intend to submit a Cheeks motion seeking approval of the settlement of their claims under the Fair Labor Standards Act. The parties intend to submit a Cheeks motion later this week.

　　I thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　　Law Office of Mohammed Gangat

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Mohammed Gangat, Esq.