**Law Office of Mohammed Gangat**  
675 3rd Ave, Su 1810, NY, NY 10017  
(718) 669-0714  mgangat@gangatpllc.com

<u>**VIA ECF**</u>    May 29, 2024  
Hon. Jennifer E. Willis  
United States Magistrate Judge  
Southern District of New York  
40 Foley Square, New York, NY 10007

      <u>Re:</u>    <u>*Crawford et al. v. Leeding Builders Group, LLC*,</u>  
              <u>Case No. 1:23-cv-07290-JW</u>

To The Honorable Judge Torres:

      I represent plaintiffs Algi Crawford, Xavier Harrison, Keveen Goris, and Damion Coppedge in this action ("Plaintiffs"). Counsel for Defendants Leeding Builders Group, LLC and AECOM ("Defendants") has reviewed and approved this letter.

      I write to advise the Court that before this case was assigned to Your Honor, there was a pending *Cheeks* motion for settlement approval of the FLSA claims asserted in this litigation, which was filed on April 26, 2024, which remains pending. Thereafter, on May 10, 2024, the parties filed a consent to use the magistrate judge for all further proceedings in this action, which is available at Docket No. 35, and this case was then assigned to Your Honor on May 14, 2024, for all purposes.

      Given the pending motion at the time of assignment, the parties felt it prudent to advise Your Honor of the motion. Of course, the parties are available to provide any additional information or attend any hearing on the motion.

      As always, the parties thank the Honorable Court for its time and attention to this matter.

      Respectfully submitted,

      <u>*/s/ Mohammed Gangat*</u>  
      Mohammed Gangat, Esq.